UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARRERA PLASTER RESTORATION )<br>LLC, )<br>)<br>Defendant. ) | No. 1:20-cv-00886-TWP-DML |

## Order on Motion for an Audit

This case is before the court on the plaintiffs' motion for an audit (Dkt. 8). The complaint was filed on March 19, 2020 (Dkt. 1). Process was served upon the defendant, Carrera Plaster Restoration LLC, on May 20, 2020 (Dkt. 5). The defendant has filed no answer or other pleadings within the time provided by law. The Clerk entered default against the defendant on July 7, 2020, for failure to plead or otherwise defend this action (Dkt. 7). Having reviewed the motion and being duly advised, the court GRANTS the motion as follows.

1. The defendant is ordered to permit, within thirty days of entry of this order, an audit of its books and records for February 8, 2016, through the present by the plaintiffs' auditor.

2. The defendant is ordered to produce the following records for February 8, 2016, through the present for examination by plaintiffs' auditor:

    a. All cash disbursement journals;

    b. All individual payroll records;

    c. All time records, which are the basis of the above-mentioned individual payroll records;

    d. All state unemployment tax returns as requested by the Trustees; and

    e. All records showing the defendants' employees' nature and classification of work, membership of those employees in or contributions by the defendant on their behalf to other trades, crafts, or fringe benefit funds.

3. Counsel for the plaintiffs must serve a copy of this order upon the defendant and file proof of service with the court by **August 14, 2020**.

So ORDERED.

Date: 7/22/2020

    _Debra McVicker Lynch_
    Debra McVicker Lynch
    United States Magistrate Judge
    Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system