IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>CARRERA PLASTER RESTORATION LLC, a Missouri domestic limited liability company,<br><br>Defendant. | No. 1:20-cv-886-TWP-DML |

## ORDER

THIS MATTER coming on to be heard on Plaintiff's Motion to Vacate.

**IT IS HEREBY ORDERED THAT:**

1. This court vacate the default judgment and dismiss without prejudice.

Date: 10/5/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF